# In the United States Court of Federal Claims

| | |
|---|---|
| **VERGESS J. WILLIAMS,**<br><br>Plaintiff,<br><br>v.<br><br>**UNITED STATES,**<br><br>Defendant. | Nos. 15-416L, 15-4160L<br>Filed: April 23, 2020 |

## O R D E R

On April 22, 2020, plaintiffs filed a status report in the case <u>Vergess J. Williams, et al. v. United States</u>, Case No. 15-416L, requesting the dismissal of the claims of one of the plaintiffs, Vergess J. Williams. The claims associated with the above-captioned plaintiff, are, hereby, **SEVERED** from the case of <u>Vergess J. Williams, et al. v. United States</u>, Case No. 15-416L and shall be reorganized, for case management purposes, into the above-captioned case, <u>Vergess J. Williams v. United States</u>, and assigned Case No. 15-4160L. The court **DISMISSES**, with prejudice, the claims of the Vergess J. Williams. The Clerk's Office shall enter **JUDGMENT** consistent with this Order, pursuant to Rule 41 of the Rules of the United States Court of Federal Claims. As the Order disposes of all claims of the named plaintiff, Case No. 15-4160L shall be **CLOSED**. As a result of the dismissal of the named plaintiff, for case management purposes, the new caption for Case No. 15-416L shall be <u>Harold Bare and Bevery Bare, et al. v. United States</u>. Neither the dismissal of the claims of the plaintiff herein nor the entry of judgment by the Clerk's Office shall affect this court's jurisdiction over the remaining plaintiffs in the case of <u>Harold Bare and Bevery Bare, et al. v. United States</u>, Case No. 15-416L.

**IT IS SO ORDERED**.

<u>s/Marian Blank Horn</u>
**MARIAN BLANK HORN**
**Judge**